IN THE UNITED STATES DISTRICT COURT

FOR TH DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMAALA JONES BEY** | : |
| Next Friend and Mother of Daughter | : |
| Z.J.B. – Individually and soon to be | : |
| Personal Representative and Administrator of | : |
| THE ESTATE OF KARON HYLTON | : |
| | : |
| v. | : CA # 21- cv- 02785, CJN |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| **OFFICER TERRANCE SUTTON** | : |
| **OFFICER TEJERA # 10376** | : |
| **OFFICER AMED AL'SHAWL # 11756** | : |
| **OFFICER CORY NOVICK # 11594** | : |
| **OFFICER ANDREW ZABVASKY** | : |

PLAINTIFF'S EXPLANATION FOR LACK OF SUMMONS II

Comes now, Z.J.B. Plaintiff, by Amaala Jones-Bey, her Mother and by counsel, David L. Shurtz, Esq. and in response to this Court's Query:

MINUTE ORDER. Upon review of the Plaintiff's 1 Complaint, it is ORDERED that the Plaintiff shall provide an update on or before January 7, 2022 as to why a summons was not filed in accordance with Federal Rule of Civil Procedure 4(b). Signed by Judge Carl J. Nichols on December 15, 2021

Plaintiff explains as follows:

1

Previously, Plaintiff, Z.J.B. by Amaala Jones-Bey, her Mother and by counsel David L. Shurtz, filed their initial explanation as to why the initial Summons have not been issued.  It is now appropriate to give this Court an Updated.

Amaala Jones-Bey filed her Petition to apply to be the personal representative of the Estate of Karon Hylton as his only child, Z.J.B., was born by mother Amaala Jones-Bey and Ms. Jones-Bey is the closest relative of Z.J.B.  However, she did not want to reveal her address.  This was not for incidental reasons.  People associated with Kennedy Street have been targeted and killed. These incidents have been previously recounted in Ms. Jones-Bey's original explanation previously filed in this matter.

However, it was the Probate Court's decision to require that the Personal Representative of the Estate's name and address be listed on the Petition for Probate. Upon consideration of the time and questionable outcome of Petitioners resistance to providing her address, she has now provided that address.  The Amended Petition for Probate has been filed, a copy of which has been attached as an exhibit herein.  As soon as the appointment of Amaala Jones Bey is appointed to be the Personal Representative of the Estate of Karon Hylton, Petitioner Karon Hylton will amend her Complaint in this court as the Personal Representative of the Estate of Karon Hylton. Thus, Petitioner Amaala Jones-Bey, takes this opportunity to explain why the initial summons will not be submitted until the initial complaint filed by Amaala Jones Bey

to toll various statute of limitations is AMENDED to set forth her status as the Personal Representative of the Estate of Karon Hylton.

This Update is appropriate as it is obvious that this Court wants to keep abreast of the status of the Complaint filed by Amaala Jones Bey, and wants assurances that the case will be prosecuted in a timely and orderly fashion.  Accordingly, please accept this Explanation Update in the case of Z.J.B. v. D.C. et. al. and related attachments.

As soon as the Probate Division appoints Amaala Jones-Bey as the Personal Representative of the Estate of Karon Hylton, Ms. Jones-Bey will amend Plaintiff Z.J.B's Complaint in her status as the Personal Representative of the Estate of Karon Hylton and move forward with full prosecution of the case of her minor child and sole heir of the Estate of Karon Hylton.

Submitted by:

_____/s/_____

David L. Shurtz, Esq.
Counsel for the Z.J.B./Amaala Jones Bey (Mother)
1200 N. Nash Street,  # 835
Arlington, VA  22209
(202) 617-9141

## CERTIFICATE OF SERVICE

I hereby state that this UPDATE has been filed on this court's electronic document for service on his 29th day of January 29, 2022.

_____/s/_____

David L. Shurtz