Filed
D.C. Superior Court
01/28/2022 09:34AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### PROBATE DIVISION

Estate of

Karon Kenyatta Hylton-Brown
Deceased            Age 20

_2021_ ADM _001403_

(Link to _____ WIL _____)

### AMENDED PETITION FOR PROBATE
(For decedents dying on or after July 1, 1995 to the present)

☒ Petition for Abbreviated Probate
  ☒ Unsupervised Administration
  ☐ Supervised Administration

☐ Petition for Standard Probate
  ☐ Unsupervised Administration
  ☐ Supervised Administration

☒ Appointment of Personal Representative

☐ Appointment of Co-Personal Representative(s) (each must sign)

☐ Appointment of Successor Personal Representative(s)
  ☐ Unsupervised Administration
  ☐ Supervised Administration

☐ Appointment of Special Administrator(s)

☐ Admission as an International Will

NOTE: The appointment of a personal representative shall constitute an order for unsupervised administration unless the order specifically provides for supervised administration as provided in D.C. Code, sec. 20-402.

The Petition of:

| Name | Age | Address |
|---|---|---|
| Amaala Ihsan Jones-Bey | 20 | 6703 96th Ave, Lanham, MD 20706 |
| | | |
| | | |

hereinafter "petitioner" being a citizen of the United States or a lawfully admitted permanent resident thereof, of legal age, and not otherwise excluded from acting as personal representative pursuant to D.C. Code, sec. 20-303(b), shows:

1. Karon Kenyatta Hylton-Brown of Washington, DC residing at 6004 3rd Street, NW, the decedent, a domiciliary died at Washington, DC on 10-23-2020 (with) (without) a will.

2. Petitioner is entitled to be appointed personal representative of the decedent's estate under D.C. Code, sec. 20-303 for the following reasons: I am the mother of the decedent's only child, and have priority to serve as Personal Representative. See Attached Memo

3. The court has jurisdiction in this matter because —
   ☒ decedent died domiciled in the District of Columbia
   ☐ other — please state basis for jurisdiction _____

4. There are no other proceedings regarding the administration of the estate except Civil claim for wrongful death/survival action

4(a). If the decedent is survived by a spouse/domestic partner, state the names of any surviving descendants of the spouse/domestic partner who are not descendants of the decedent (delete if not applicable). N/A

5. The petitioner has made a diligent search for wills and codicils of the decedent, and, to the best knowledge of the petitioner the will dated N/A _____ and codicil(s) dated N/A _____ accompanying this petition (is) (are) the decedent's last will,

April 2013 – 131.10 v2

and petitioner knows of no later will or codicil, and said will and codicil(s), if any, came into petitioner's hands in the following manner: N/A

If an international will, the certificate of the authorized person is/is not attached.

6. All information required pursuant to D.C. Code, sec. 20-304(a) has been furnished except _____
N/A

**NOTE:** Paragraphs 7-9 may be completed at the option of the petitioner. (Attach additional sheets if necessary.)

7. It is requested that witnesses to the alleged will dated N/A _____ and the authorized person, if an international will, appear and give testimony regarding its execution, (give reasons and complete names and addresses of witnesses): _____

8. It is requested that an individual having custody of the original will be directed to deliver same to the Court. (State reasons for this request including all demands made for delivery of the will.): N/A

9. It is requested that the Court issue an Order to Show Cause why the provisions of a lost or destroyed will should not be admitted to probate. (Set forth the reasons for this requested relief.): N/A

10. If supervised administration is (required) (requested), it is for the following reasons:
    ☐ Decedent's will directs supervised administration.
    ☐ Although decedent's will directs unsupervised administration, supervised administration is requested for the following reasons: _____

    ☐ Other _____

11. ☐ Bond is not required because (Note: Refer to D.C. Code, sec. 20-502 for bond provisions).
    ☐ decedent's will waives bond.     ☐ a signed written waiver of each interested person has been filed.
    ☐ the personal representative(s) (is/are) the sole heir(s)/legatee(s).
    ☒ Bond is required and no reduction in bond is requested.
    ☐ Bond is required in the amount of $ _____ because some but less than all interested persons waive bond.
    ☐ Bond is required but a reduction is requested in the amount of $ _____, being the value of any real or personal property, the sale or distribution of which will be restricted without prior court authorization.
    (If reduced bond is sought list cash accounts requiring Court order for withdrawal and/or other personal or real property for which prior court authorization for sale or distribution must be obtained.) _____

Petitioner seeks the following limitation(s) on his/her powers - refer to D.C. Code, secs. 20-404, 20-406 and 20-741 with respect to powers. _____

April 2013 – 131 10.v2

**The decedent was survived by** - (please check appropriate boxes)

a. ☐ Spouse/Domestic Partner    ☒ No spouse/domestic partner. Check appropriate box and go to b.
b. ☒ Children.    ☐ Descendants of predeceased children. If so, stop here; if not, go to c.
c. ☐ Grandchildren.    ☐ Descendants of predeceased grandchildren. If so, stop here; if not, go to d.
d. ☐ Parents. If so, stop here; if not go to e.
e. ☐ Brothers and/or Sisters.    ☐ Descendants of predeceased brothers and/or sisters. If so, stop here; if not, go to f.
f. ☐ Nieces and/or Nephews.    ☐ Descendants of predeceased nieces and/or nephews. If so, stop here; if not, go to g.
g. ☐ Uncles and/or Aunts. If so, stop here; if not, go to h.
h. ☐ First cousins. If so, stop here; if not, go to i.
i. ☐ Grandparents. If so, stop here; if not, go to j.
j. ☐ Other heirs. If none, go to k.
k. ☐ Notify Office of the Attorney General, Chief of the Civil Enforcement Section, 441 4th Street, N.W., Washington, DC 20001.

**LIST OF INTERESTED PERSONS** must include names of heirs if decedent died intestate; heirs and legatees, including trustees and all named Personal Representatives, if the decedent died testate. Refer to D.C. Code, secs. 19-301 through 312 and sec. 20-101(d)(1). If under age of 18 or an adult who is legally disabled, also list as an interested person the judicially appointed guardian, conservator or committee for such person. If no judicially appointed representative exists, then list the parent, or custodian, or an attorney-in-fact, if any, for such person (subject to the terms of the power of attorney), or any other person with legal authority to act for such disabled person.

Note: If each trustee is also a petitioning party or acting personal representative, list all beneficiaries under trust. Refer to D.C. Code, sec. 20-101(g). Any creditor of the decedent, including those persons whose rights accrue at the time of death, who has timely presented a claim in excess of $500 that has not been barred or discharged is also an interested person. Petitioner(s) should update list of interested persons or creditors with claims in excess of $500 as they become known.

**Indicate, when applicable, grandchildren and nieces and nephews by family groups, by showing the name of their deceased parent who was related to the decedent**

Sample:

Joe Petitioner        1234 Hexagon Street, N.W.        Son/heir/legatee/petitioner
                      Washington, D.C. 20000

| Interested persons | Address | Relationship (Age, if under 18) |
|---|---|---|
| Za'Hara Ameya Jones-Bey | c/o Amaala Ihsan Jones-Bey 6703 96th Ave, Lanham, MD 20706 | Child/heir (age 1 years old) |
| Amaala Ihsan Jones-Bey | 6703 96th Ave, Lanham, MD 20706 | Petitioner |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Use continuation sheet if necessary)

**WITNESSES TO WILL(S)/CODICIL(S) (Names)**

**AUTHORIZED PERSON (Applicable only to an international will)**

(Use continuation sheet if necessary)

April 2013 – 131.10 v2

### Character, Location and Estimated Value of Property Titled in Decedent's Name:

**A. Real Property** located in the District of Columbia

Estimated Value

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

Total $ _____

**B. Personal Property** located in the District of Columbia and other jurisdictions

B1. Value of household furniture, automobiles, furnishings, appliances and personal effects

$ _____

B2. Value of all other personal property

$ _____

Personal Property Total

Total $ _____

**C. (A+B)**   Litigation - value TBD

Total $ 0 _____

**D. Debts and Funeral Expenses**

Debts secured: _____   Total $ _____

Debts unsecured: _____   Total $ _____

Funeral Expenses:
☐ Paid by _____   Amount paid $ _____
             name

☐ Unpaid                                       Amount unpaid $ _____

April 2013 – 131 10 v2

**WHEREFORE,** the petitioner prays that petitioner(s) be appointed ~~XXXXXXXXXX~~ (unsupervised) personal representative(s) of the decedent's estate in (abbreviated) ~~XXXXXXXX~~ probate proceeding, and that the (court find that the decedent died intestate) (will dated _____ and codicil(s) dated _____ the petition be admitted to probate and record) and that the additional relief be granted:, exhibited with

Check appropriate box(es)
☐ order witnesses to the alleged will dated _____ to appear and give testimony regarding its execution;

☐ order _____ who is alleged to have custody of will dated _____ to the Court;, to deliver it

☐ order any interested person to show cause why the provisions of the lost or destroyed will dated _____, should not be admitted to probate;

☒ Other as matter may require.

## DECLARATION OF PETITIONER

I do solemnly declare and affirm under the penalty of law that the contents of the foregoing petition are true and correct to the best of my knowledge, information and belief.

☒ I am a member of the D.C. bar and hereby guarantee court costs.

☒ I understand that the Court cannot waive publication costs or bond premiums and that I am responsible for paying any such costs.

1/28/2022
Date

*[signature]*
Signature of attorney
Edward M. Biggin
Typed Name of attorney
200A Monroe Street
Address (actual address/not Post Office Box)
Suite 110
Rockville, MD 20850
240-403-4309
Telephone number
emb@landsmanlawgroup.com
E-mail Address
485930
Unified Bar Number

*[signature]*
Signature
Amaala Ihsan Jones-Bey
Typed Name
6703 96th Ave, Lanham, MD 20706
Address (actual address/not Post Office Box)

_____
_____
Telephone number

_____
E-mail address

_____
Bar number (If filer is an attorney)

I am a member of the Bar and I hereby guarantee court costs, publication costs, bond premiums, and attorney fees.

*[signature]* Edward M. Biggin

April 2013 – 131.10 v2

## ACCEPTANCE AND CONSENT OF EACH PERSONAL REPRESENTATIVE

I do hereby accept the duties of the office of personal representative of the estate of Karon Kenyatta Hylton-Brown _____ deceased, whether in a supervised or unsupervised administration, and consent to personal jurisdiction in any action brought in the District of Columbia against me as personal representative or arising from the duties of the office of personal representative pursuant to D.C. Code, sec. 20-501.

x_____     _____     _____
Signature of Petitioner           Signature of Petitioner           Signature of Petitioner

## POWER OF ATTORNEY
### To be Executed by Each Non-resident Personal Representative

Pursuant to D.C. Code, sec. 20-303(b)(7), I do hereby irrevocably appoint the Register of Wills and successors in office as the person upon whom all notices and process issued by a competent court in the District of Columbia may be served with the same effect as personal service in relation to all suits or matters pertaining to the estate in which the letters are to issue.

x_____     6703 96th Ave, Lanham, MD 20706
(Signature)                          (Address, may not be P.O. Box)

_____     _____
(Signature)                          (Address, may not be P.O. Box)

_____     _____
(Signature)                          (Address, may not be P.O. Box)

April 2013 – 131.10.v2