Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMAALA JONES-BEY

    Plaintiff

vs.                                  Civil No.    21-2785 (JMC)

DISTRICT OF COLUMBIA et al        Category  L

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __4/21/2022__ from __Judge Carl J. Nichols__ to __Judge Jia M. Cobb__ by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:    Judge Carl J. Nichols    &amp; Courtroom Deputy
       Judge Jia M. Cobb
       &amp; Courtroom Deputy
Liaison, Calendar and Case Management Committee